JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LATASHA INIZ ROUGELY, | ) | NO. CV 21-07555 KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL PALLARES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 27, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE